UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY JOHN HANSEN,

    Petitioner,       Case No. 1:14-cv-124

v.              Honorable Paul L. Maloney

DeWAYNE BURTON,

    Respondent.
_____/

**<u>ORDER</u>**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated: September 27, 2016    /s/ Paul L. Maloney
                 Paul L. Maloney
                 United States District Judge