UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY JOHN HANSEN,

        Petitioner,               Case No. 1:14-cv-124

v.                                 Honorable Paul L. Maloney

DeWAYNE BURTON,

        Respondent.

_____/

## JUDGMENT

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be **DISMISSED** with prejudice pursuant to Rule 4 of the Rules Governing § 2254 Cases because it fails to raise a meritorious federal claim.

Dated:   September 27, 2016            /s/ Paul L. Maloney
                                                     Paul L. Maloney
                                                       United States District Judge